## BITHORN *v.* ZAVALA.

APELACION procedente de la Corte de Distrito de Arecibo.

No. 845.—Resuelto en junio 8, 1912.

DESESTIMACIÓN DE APELACIÓN—ALEGATO DEL APELANTE—SOLICITUD DE PRÓ-
RROGA.—En un pleito de reivindicación en el que el demandante y apelante
no presentó pruebas en el juicio, pero sí el demandado, tendentes a justificar
que es dueño de la finca que se le reclama, el apelante radicó la transcripción
de autos en este tribunal el 9 de abril, y en 18 de mayo siguiente, cuando aun
no había el apelante presentado su alegato dentro del término que determina
el artículo 42 del reglamento de este tribunal ,el apelado presentó una moción
para que se desestimara la apelación por falta de dicho alegato, sin que el
apelante entonces ni después haya presentado su alegato.  Se resolvió, que
atendidas todas las circunstancias de este caso procedía la desestimación de
la apelación, negándosele al apelante la prórroga que pidió al discutirse dicha
moción, para que se le prorrogara, después de vencido el término para pre-
sentar su alegato.

Los hechos están expresados en la opinión.
Abogado del apelante: *Sr. Luis Llorens Torres.*
Abogado del apelado: *Sr. Antonio Sarmiento.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del
tribunal.

El demandante presentó en la Corte de Distrito de Are-

cibo una exposición del caso para tramitar la apelación que interpuso contra la sentencia que aquélla dictó contraria a sus pretensiones y habiéndose ordenado por la corte que se hicieran ciertas enmiendas en ella, redactó un nuevo pliego que fué aprobado en once de marzo último.

El récord de la apelación, del que formaba parte tal exposición del caso, fué presentado en esta Corte Suprema el 9 de abril, después de lo cual el apelante debía presentarnos el 19 su alegato de errores, según la regla 42 de las de este tribunal; no lo hizo así y en 18 de mayo último el apelado radicó una moción, que fué discutida el día 27, interesando que se desestimara la apelación por la falta del alegato. Esa moción fué impugnada por el apelante exponiendo que habiendo advertido un error en la exposición del caso, acudió a fines de abril a la corte de distrito que la aprobó para que se subsanara el defecto, habiendo ésta resuelto en 2 de mayo que, puesto que el pliego aprobado era correcto y la apelación estaba formalizada ante el Tribunal Supremo, no había lugar a proveer, contra cuya resolución ha establecido apelación, por lo que interesaba que mientras ésta se tramita se suspenda el plazo para presentar su alegato, y si esto no fuere procedente, que se le conceda un plazo de veinte y cuatro horas para radicarlo.

El pleito que ha dado lugar a la moción de desistimiento versa sobre reivindicación de finca rústica y durante el juicio el demandante no presentó evidencia alguna en apoyo de su reclamación, aportándola únicamente el demandado, siendo ésta tendente a demostrar su propiedad en la finca reclamada.

Si el apelante deseaba que esta Corte Suprema le concediera una prórroga del tiempo determinado por nuestras reglas para presentar su alegato, debió acudir ante nosotros antes de que expirara, en solicitud de tal prórroga y mostrarnos las razones que tuviera para su concesión, a fin de que apreciando nosotros su bondad accediéramos a su petición, pero no ha debido determinar por sí propio que tenía una buena razón para no presentar oportunamente su alegato.

Además, no solamente dejó de presentarlo a su debido tiempo sino que ni aun al notificársele la moción de desistimiento, ni cuando la moción fué discutida ha sido presentado.

En vista de estas razones y de la índole y circunstancias del pleito, no creemos que deba prorrogarse al apelante el término para presentar su alegato y en consecuencia la moción de desistimiento hecha por el apelado debe declararse con lugar y desestimarse la apelación.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Asociados MacLeary, Wolf y del Toro.

El Juez Presidente Sr. Hernández, no tomó parte en la resolución de esta moción.